IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR327 |
| | ) | |
| CESAR VERDIN-RUIZ, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that the following is set for hearing on **August 30, 2005** at **1:00 p.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   - Initial Appearance/Arraignment on Indictment

   Since this is a criminal case, the defendant must be present, unless excused by the Court.

   DATED this 22nd day of August, 2005.

                        BY THE COURT:


                        s/ Thomas D. Thalken
                        United States Magistrate Judge